■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE FLETCHER, Appellant. [804 NYS2d 245]—

Judgment, Supreme Court, Bronx County (Denis J. Boyle, J.), rendered June 12, 2003, convicting defendant, upon his plea of guilty, of manslaughter in the first degree and bribing a witness, and sentencing him, as a juvenile offender on the man-

slaughter conviction, to a term of 3¹/₃ to 10 years, and, as an adult on the bribery conviction, to a consecutive term of 1 to 3 years, unanimously affirmed.

After a thorough hearing, the court properly denied defendant's motion to withdraw his guilty plea in a well-reasoned oral opinion. The record establishes that the plea was knowing, intelligent and voluntary, and fails to support defendant's claim that the influence of medications rendered him incompetent to plead guilty (*see People v Alexander*, 97 NY2d 482 [2002]; *People v Bess*, 299 AD2d 263 [2002], *lv denied* 99 NY2d 580 [2003]). Concur—Mazzarelli, J.P., Friedman, Nardelli, Sweeny and McGuire, JJ.